UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
___

THEODORE VISNER,

    Plaintiff,

v

                                          Case No. 1:16-cv-1385
                                          Hon. Paul L. Maloney

EDWARD WINKLER, et al.,

    Defendants.

_____/


**NOTICE TO THE PARTIES FROM THE CLERK OF COURT**

    NOTICE is hereby given that case 1:16-mc-119, which was filed on the Southern Division miscellaneous docket has been reassigned by the Clerk to the Southern Division civil docket for all further proceedings pursuant to Order [Dk. 2] filed in 1:16-mc-119.

    ALL FUTURE FILINGS SHOULD REFLECT THE NEW CASE NUMBER OF: **1:16-cv-1385**.


Dated: <u>December 1, 2016</u>                                      CLERK OF COURT

                                                                    By:   <u>/s/ K. Taylor</u>
                                                                             Deputy Clerk