UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE VISNER,

     Plaintiff,

v.

EDWARD WINKLER,

     Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:16-cv-1385

## ORDER OF DISMISSAL

Plaintiff initiated this lawsuit as a miscellaneous action on November 16, 2016 (1:16-mc-119). After review of the matter, an order issued that directed the Clerk of Court to convert Plaintiff's lawsuit to a civil action, and directed Plaintiff to pay the remainder of the $400 filing fee owed to the Court or to file an application to proceed *in forma pauperis* (ECF No. 2). The order further warned Plaintiff that failure to pay the remaining fee or to file the application by a December 12, 2016 deadline would result in termination of this matter. A review of the court's records on today's date reflects that Plaintiff has not paid the remaining balance of $354, nor has he applied for *in forma pauperis* status. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

     **IT IS SO ORDERED** .

Date:  December 15, 2016

      /s/ Paul L. Maloney
     Paul L. Maloney
     United States District Judge